Ray M. STEWART, Appellant, v. Dr. Winfred OVERHOLSER, Superintendent of St. Elizabeths Hospital, Appellee.

No. 8863.

United States Court of Appeals District of Columbia.

Argued May 25, 1945.

Decided June 18, 1945.

Mr. Edmund D. Campbell, of Washington, D. C. (appointed by this Court) for appellant.

Mr. George E. McNeil, Assistant United States Attorney, of Washington, D. C., submitted on the brief for appellee. Messrs. Edward M. Curran, United States Attorney, Charles B. Murray and Daniel B. Maher, Assistant United States Attorneys, all of Washington, D. C., also entered appearances for appellee.

Before MILLER, EDGERTON, and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the order is, therefore,

Affirmed.